

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:12-CR-0125 |
| | § | |
| MIGUEL TEJADA-CRUZ, | § | |
| | § | |
| Defendant. | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 18, 2017 to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Camelia Lopez.

Miguel Tejada-Cruz was sentenced on August 7, 2013, before the Honorable Judge Richard A. Schell of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine, a Class C felony. This offense carried a statutory maximum imprisonment term of not more than 20 years. The guideline imprisonment range based on a total offense level of 25 and a criminal history category of 11, was 63 to 78 months. Miguel Tejada-Cruz was subsequently sentenced to 63 months subject to the standard conditions of release, plus special conditions to include financial disclosure, participation in a drug aftercare program, and $100 special assessment. On December 31, 2015, Miguel Tejada-Cruz completed his period of imprisonment and began service of the

supervision term. On August 12, 2016, this case was reassigned to the Honorable Amos L. Mazzant, United States District Judge for the Eastern District of Texas.

On May 31, 2017, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 1003, Sealed]. The Petition asserted that Defendant violated six (6) conditions of supervision, as follows: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not leave the judicial district without permission of the Court or probation officer; (3) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer; (4) Defendant shall refrain from any unlawful use of a controlled substance; (5) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (6) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the United States Probation Office, until such time as the Defendant is released from the program by the probation officer.

The Petition alleges that Defendant committed the following acts: (1) On July 11, 2016, the Dallas, Texas, Police Department issued Citations, C21705530-01 and C21705531-01 for the offenses of disorderly conduct and assault, both Class C misdemeanors. It is believed at the time of the incident the Defendant had been drinking alcohol. The current outstanding fines associated with these citations total $1,549.60. On August 23, 2016 Mr. Tejada-Cruz further violated this condition of supervised release when he drove without a driver's license and failed to maintain financial responsibility, as evidenced by Citation Nos. C21734264-01 and C21734264-02, issued by an officer with the Dallas Police Department. The current outstanding fines associated with these citations total $852. On this same date, Mr. Tejada-Cruz was also issued Citation No.

C21717578-01, for Failure to Appear on citations he was issued in 2010, 2011, and 2012 . The outstanding balance on these citations totals $2,875.25. On August 26, 2016, Mr. Tejada-Cruz further violated this condition of supervised release when he drove without a driver's license and he failed to register his vehicle, as evidenced by Citation Nos. C21717579-01 and C2171759-02, issued to him by an officer with the Dallas Police Department. The current outstanding fines associated with these citations total $697. 10. On April 1, 2017, the Valley View, Texas, police department issued Mr Tejada-Cruz a Citation No. 17-02487 for a defective tail light and failure to produce a valid driver's license. Subsequently, his car was impounded. Receipts indicate that the Defendant returned to Valley View, Texas, on April 3, 2017, to retrieve his vehicle; (2) As evidenced by Citation No. 17-02487, On April 1, 2017, and April 3, 2017, the Defendant traveled outside of the supervising district without permission to Cooke County, Texas, which is in the Eastern District of Texas; (3) Mr. Tejada-Cruz failed to notify the supervising district or probation officer within 72 hours that he had contact with law enforcement on April 1, 2017, as evidenced by Citation 17-02487; (4) and (5) On March 20, 2017, Mr. Tejada-Cruz submitted a urine specimen at the U.S. Probation Office in Arlington, Texas, which tested positive for marijuana . On March 20, 2017, Mr. Tejada-Cruz admitted verbally and in writing, to the supervising probation officer that he smoked marijuana on February 24, February 28, and March 1, 2017. On April 4, 2017, Mr. Tejada- Cruz submitted a urine specimen, which tested positive for marijuana and amphetamines. On April 21, 2017, Mr. Tejada-Cruz admitted, verbally and in writing, that he used methamphetamine on April 2 and April 16, 2017; and that he smoked marijuana on March 1, 2017. On April 10, 2017, Mr. Tejada-Cruz submitted a urine specimen, which tested positive for amphetamines. This test was confirmed as positive by Alere Toxicology Services, Incorporated, on May 3, 2017. Mr. Tejada-Cruz advised he last used methamphetamine on April 2, 2017. On

April 21, 2017, Mr. Tejada-Cruz submitted a urine specimen, which tested positive for amphetamines. This test was confirmed as positive by Alere Toxicology Services, Incorporated, on May 1, 2017. Mr. Tejada-Cruz advised he last used methamphetamine on April 16, 2017; and (6) Mr. Tejada-Cruz further violated these conditions of release when he failed to submit to substance abuse testing as directed by the supervising probation office on June 20 2016; October 4, 2016; November 4, 2016; and April 20, 2017.

Prior to the Government putting on its case, Defendant entered a plea of true to allegation five (5) of the Petition. Having considered the Petition and the plea of true to allegation five (5), the Court finds that Defendant did violate his conditions of supervised release. The Government dismissed the remaining allegations. Defendant waived his right to allocate before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons North Texas area facility, if appropriate.

**SIGNED this 18th day of July, 2017.**

Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE